

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00110-CR

| | | |
|---|---|---|
| Ex parte Shania Mikel Craven | § | From the 367th District Court |
| | § | of Denton County (18-1424-367) |
| | § | June 21, 2018 |
| | § | Opinion by Justice Kerr |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr